# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL S ROMANO, II,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 3:16-cv-00348-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE<br><br>Docs. 1, 9, 10, 11, 13, 19 |

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Michael S. Romano, II, disability benefits is affirmed; and

4. The Clerk of Court shall close this case.

Dated: May 3, 2017                        s/Gerald B. Cohn
                                         GERALD B. COHN
                         UNITED STATES MAGISTRATE JUDGE